In the Matter of EDWARD DOUGHERTY et al., Appellants, against STATE HARNESS RACING COMMISSION et al., Respondents.

Submitted October 17, 1955; decided November 17, 1955.

*Jacob K. Javits, Attorney-General,* for motion.

*Sidney O. Raphael* opposed.

Motion denied, with leave to renew upon the argument.

In the Matter of DAVID M. DUNNING, JR., Respondent, against ALFRED E. TURNER, as City Manager of the City of Auburn, Appellant.

Submitted November 14, 1955; decided November 17, 1955.

Motion for an order vacating the order of the Court of Appeals dated October 13, 1955, dismissing the appeal herein and for extension of time to file the record on appeal, granted, upon condition that appellant serve and file the record on appeal and brief no later than November 21, 1955, in which event the case is set down for the November, 1955, session of the Court of Appeals; otherwise, motion denied.